**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Erik MERCADO–ARECHIGA, Defendant–Appellant.**

No. 09–50602.

United States Court of Appeals, Ninth Circuit.

Submitted April 15, 2011.*

Filed April 21, 2011.

Bruce R. Castetter, U.S. Assistant Attorney, Mark R. Rehe, U.S. Assistant Attorney, Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Knut Sveinbjorn Johnson, Esquire, Law Office of Knut S. Johnson, San Diego, CA, for Defendant–Appellant.

Before: KOZINSKI, Chief Judge, D.W. NELSON and BYBEE, Circuit Judges.

MEMORANDUM **

The district court did not err in concluding that Mercado–Arechiga's prior burglary conviction under California Penal Code § 459 was a crime of violence as defined by 18 U.S.C. § 16, which renders an individual statutorily ineligible for voluntary departure. *See United States v. Becker,*

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

919 F.2d 568, 573 (9th Cir.1990). *Becker* remains good law and we are bound by it. Thus, because Mercado–Arechiga was ineligible for voluntary departure, he did not suffer prejudice from the IJs' failure to advise him of his eligibility to seek such relief.

**AFFIRMED.**

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.